HYMAN B. GROSS, Respondent, v. HERMES EXPORT CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

RUDOLPH E. SCHIRMER, Appellant-Respondent, v. ENA W. SCHIRMER, Respondent-Appellant.— Order appealed from granting in part defendant's motion to vacate plaintiff's notice of examination of defendant before trial, unanimously affirmed. Order appealed from denying in part and granting in part plaintiff's motion to vacate defendant's notice of examination of plaintiff before trial, unanimously modified so as to strike out item 1 of defendant's notice and, as so modified, affirmed. As a matter of public policy, an examination on marital relations of the parties should not be permitted (*Field* v. *Field*, 281 App. Div. 657). The date for the examinations to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

EDWARD C. MAGUIRE et al., Copartners Doing Business under the Name of MAGUIRE, FRUTKIN, WALDIE & RIPPE, v. GEORGE P. MONAGHAN, as Commissioner of and Constituting the State Harness Racing Commission.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See *ante*, p. 926; *post*, p. 1129.]

In the Matter of the Estate of JACOB P. GALEWITZ, Deceased. SAMUEL GALEWITZ, Individually and as an Executor of JACOB P. GALEWITZ, Deceased, et al.; HANNAH GALEWITZ et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs and stay vacated. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ. [See *ante*, p. 947.]

ANNA KRAVITZ, Respondent, v. CITY OF NEW YORK, Respondent, and MAC ASPHALT CONSTRUCTION CORP., Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [See *ante*, p. 926.]

JOHN M. BENNETT v. JOHN W. DARR et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel and Bastow, JJ. [See *ante*, p. 939.]

MARY ASNIS et al., v. 1707-9 MANAGEMENT CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante*, p. 883.]